## WILLIAM S. ELLIS, JR., ET AL., *v.* WILLIAM F. CROCKETT, ET AL.

### No. 4706.

MARCH 12, 1969.

RICHARDSON, C.J., MARUMOTO, ABE, LEVINSON, JJ., AND CIRCUIT JUDGE KING ASSIGNED BY REASON OF VACANCY.

*Per Curiam.* The petition for rehearing is denied without argument.

*Ralph E. Corey,* and *William S. Ellis, Jr.,* pro se, for the petition.